1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,

                     Plaintiff,

vs.

RYNE J. LINKOWSKI,

                     Defendant.

No. 1:15-CR-2019-SAB-1

ORDER GRANTING
DEFENDANT'S MOTION TO
REOPEN DETENTION HEARING
AND MOTION TO EXPEDITE;
SETTING CONDITIONS OF
RELEASE

☒   Motions Granted
      **(ECF Nos. 26; 27)**

☒   Action Required

Date of Motion hearing: 08/17/2015

      BEFORE THE COURT are the Defendant's Motion to Reopen Detention

Hearing (ECF No. 26) and Motion to Expedite (ECF No. 27). On August 17, 2015,

the Court held a hearing and reopened the record for purpose of receiving

additional information regarding the Defendant's proposed release plan.  The

Government did not oppose the Motion, but expressed concern regarding the

Defendant's history of non-compliant behavior and the potential impact of the

Defendant's release upon the pending trial date. Defendant has a bed date secured

at an in-patient drug and alcohol treatment center in Austin, Texas on August 19,

ORDER ~ 1

2015 at 10:00 a.m. The Defendant's mother, Amy Alden, resides in Austin and is a substance abuse counselor.  At the hearing she explained the nature of the treatment program and also stated her willingness to be a third party custodian. The Court finds there is a valid reason to release the Defendant for purposes of seeking inpatient treatment.

**ACCORDINGLY, IT IS HEREBY ORDERED:**

Defendant's Motion to Reopen Detention Hearing (ECF No. 26) and Motion to Expedite (ECF No. 27) are **GRANTED**.

The Defendant shall abide by the conditions of release set forth in the Court's separate Order.

DATED August 17, 2015.

<u>s/James P. Hutton</u>
JAMES P. HUTTON
UNITED STATES MAGISTRATE JUDGE

ORDER – 2